UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-311 (ADM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER SEALING DOCUMENT** |
| KIRON JAMOLL WILLIAMS, | ) |
| Defendant. | ) |

Andrew Dunne, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Robert Meyers, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

This matter comes before the Court on defendant's Motion to Seal Document [Doc. 76]. Based upon all the records and proceedings herein,

IT IS HEREBY ORDERED that the defendant's Motion to Seal Document is granted. The document shall be unsealed 30 years from the date of this order.

Dated: July 23, 2019

s/Ann D. Montgomery
Honorable Ann D. Montgomery
United States District Court Judge